ALBANY,
October, 1824.

Mascraft
v.
Van Antwerp.

*John Porter*, now moved for a rule requiring his attornies to pay the costs, within the 13th general rule of *January* term, 1799.

*J. Platt*, contra, said the application certainly does not come within the terms of that rule. The plaintiffs in *this* suit are not non-residents.

---

In the matter of MASCRAFT *against* VAN ANTWERP, Sheriff of *Albany*.

A sheriff, who advertises for sale on but one execution, cannot sell under that and another execution, coming subsequently to his hands, by virtue of the same advertisement.

On a sale of lands, the whole purchase money should be inserted in the certificate of sale.

MAY 11*th*, 1824, a *fi. fa.* was issued, and delivered to the Sheriff of *Albany*, in favour of *Stephen P. Schuyler*, against *Benjamin Covell*, for $60,09, on a judgment obtained in a Justice's Court, a transcript whereof had been filed in the Clerk's office, *May* 6*th*, 1824. On this execution, the Sheriff advertised for sale two small lots in *Watervliet*, to be sold *June* 23*d*, 1824. The execution upon *Schuyler's* judgment was delivered to the Sheriff on the 11*th May*, 1824, and on the same day another *fi. fa.* was delivered to a deputy of the same Sheriff against *Covell*, in favour of *John V. Fassett* and *William I. Seldon* for $113,72 on a judgment in this Court, docketed *March* 18*th*, 1824 ; but the advertisement of sale did not include this execution, which was delivered at a la-

ter hour in the day than that of *Schuyler.* At the time and place appointed in the advertisement, the two lots were sold, both executions being then in the Sheriff's hands, which was known to the purchaser at the sale. *William Mascraft* purchased, at a bid of $175.

ALBANY,
October, 1824.

Beard
*v.*
Van Wickle.

The question was now submitted by *J. V. N. Yates,* in behalf of *Mascraft,* and *Cornelius Van Antwerp,* the Sheriff, in person, whether in the certificate of sale he ought to state both executions, so as to entitle the purchaser to all the benefits of a sale under both.

It was insisted, in behalf of *Mascraft,* that when a Sheriff advertises on one execution, and subsequently receives another, the sale proceeds on both, without requiring a second advertisement. A debtor's property might never be sold, if every execution, as it came to hand, required another advertisement.

The Sheriff submitted, that, as the advertisement specified but one execution, the certificate of sale should be confined to that alone.

*Curia.* As the Sheriff advertised on one execution only, he can state no other in the certificate or deed of sale; but the whole sum bid by *Mascraft* should be inserted, that the debtor or a creditor, coming to redeem, may know the amount of principal and interest he is to pay, and the purchaser, on the other hand, be secure of receiving the amount which he has paid.

Rule accordingly.